**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03025-CMA-CBS

DON ANGELL,

    Plaintiff,

v.

FAIRMOUNT FIRE PROTECTION DISTRICT,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on November 5, 2012 it is

    ORDERED that Defendant's Motion for Summary Judgment (Doc. # 15) is granted.  It is further

    ORDERED that, this case is DISMISSED WITH PREJUDICE.  It is further

    ORDERED that the Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment.  Each party shall bear its own attorneys' fees.

    Dated at Denver, Colorado this 6th day of November, 2012.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Sandra Hartmann

    Sandra Hartmann
    Deputy Clerk